# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. TURNER, | ) |
| Plaintiff, | ) Case No. 2:10-cv-01875-RLH-PAL |
| vs. | ) **ORDER** |
| GMAC MORTGAGE, *et al.*, | ) |
| Defendants. | ) |

This matter is before the court on the parties' failure to file a Joint Status Report as required in Order (Dkt. #3) entered October 26, 2010, regarding removal of this case to federal district court. On November 2, 2010, Mortgage Electronic Registration Systems, Inc. filed a signed Statement (Dkt. #8) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., December 23, 2010,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 9rd day of December, 2010.

_____
Peggy A. Leen
United States Magistrate Judge